UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

In Re:
UNCLAIMED FUNDS                                          CHAPTER 13

TRANSMITTAL OF UNCLAIMED FUNDS

The Standing Chapter 13 Trustee for the Eastern Division of the Western District of Tennessee, reports the following:

1. Ninety days have passed since final distribution under 11 U.S.C. 1326 was made in the cases set forth in the attached exhibit. Payment has been stopped on all checks remaining unpaid. The names and last known addresses of the persons to whom such unnegotiated checks were issued, the amount of such checks, together with the date and check number of such checks are set forth in the attached exhibit.

2. Pursuant to the requirements of 11 U.S.C. 347(a), the Trustee has prepared checks payable to the order of the Clerk of the Court in the amount of $3,242.65 representing unclaimed funds on the attached list of cases.

/s/Timothy H. Ivy
Chapter 13 Trustee
P.O. Box 1313
Jackson, TN  38302-1313
(731) 664-1313

EXHIBIT 1 TO TRANSMITTAL OF UNCLAIMED FUNDS IN CHAPTER 13 CASES

| CASE NO. | DEBTOR NAME | CHECK NO. | PAYEE NAME | AMOUNT |
|---|---|---|---|---|
| 05-10298 | MATTLEN SAMPSON<br>90 CAROLANE DR APT R<br>JACKSON, TN 38305 | 8363808 | MATTLEN SAMPSON<br>533 OLD HICKORY BLVD<br>APT 5<br>JACKSON, TN 38305 | $103.58<br><br>CHECK DATE<br>07/13/2010 |

TOTAL    (TRUSTEE CHECK ATTACHED)                                $103.58

EXHIBIT 1 TO TRANSMITTAL OF UNCLAIMED FUNDS IN CHAPTER 13 CASES

| CASE NO. | DEBTOR NAME | CHECK NO. | PAYEE NAME | AMOUNT |
|---|---|---|---|---|
| 05-12183 | BERTHA BURRIS<br>260 LITTLE RD.<br>FINGER, TN 38334 | 8371111 | BERTHA BURRIS<br>260 LITTLE RD.<br>FINGER, TN 38334 | $29.65<br>CHECK DATE<br>09/28/2010 |
| | TOTAL (TRUSTEE CHECK ATTACHED) | | | $29.65 |

EXHIBIT 1 TO TRANSMITTAL OF UNCLAIMED FUNDS IN CHAPTER 13 CASES

| CASE NO. | DEBTOR NAME | CHECK NO. | PAYEE NAME | AMOUNT |
|---|---|---|---|---|
| 05-12947 | FANNIE LEWIS HANKINS<br>222 CONGER<br>JACKSON, TN 38301 | 8363898 | FANNIE LEWIS HANKINS<br>222 CONGER<br>JACKSON, TN 38301 | $146.11<br>CHECK DATE<br>07/27/2010 |

TOTAL    (TRUSTEE CHECK ATTACHED)                               $146.11

Case 99-99993  Doc 38  Filed 11/19/10  Entered 11/19/10 11:33:19  Desc Main
Document  Page 4 of 9

EXHIBIT 1 TO TRANSMITTAL OF UNCLAIMED FUNDS IN CHAPTER 13 CASES

| CASE NO. | DEBTOR NAME | CHECK NO. | PAYEE NAME | AMOUNT |
|---|---|---|---|---|
| 06-10720 | JAMES GARRISON & DWANA PUSSER GARRISON<br>P O BOX 24<br>ADAMSVILLE, TN 38310 | 8371225 | FIRST TENNESSEE BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>6522 CHAPMAN HIGHWAY<br>KNOXVILLE, TN 37920 | $645.29<br><br>CHECK DATE<br>09/30/2010 |
| TOTAL | (TRUSTEE CHECK ATTACHED) | | | $645.29 |

EXHIBIT 1 TO TRANSMITTAL OF UNCLAIMED FUNDS IN CHAPTER 13 CASES

| CASE NO. | DEBTOR NAME | CHECK NO. | PAYEE NAME | AMOUNT |
|---|---|---|---|---|
| 06-10720 | JAMES GARRISON & DWANA PUSSER GARRISON<br>P O BOX 24<br>ADAMSVILLE, TN 38310 | 8371227 | PACIFIC RIM<br>5930 FOURTH AVE. S.<br>SEATTLE, WA 98108 | $223.26<br>CHECK DATE<br>09/30/2010 |
| TOTAL (TRUSTEE CHECK ATTACHED) | | | | $223.26 |

EXHIBIT 1 TO TRANSMITTAL OF UNCLAIMED FUNDS IN CHAPTER 13 CASES

| CASE NO. | DEBTOR NAME | CHECK NO. | PAYEE NAME | AMOUNT |
|---|---|---|---|---|
| 08-11573 | TIFFANY NICOLE MICHAEL<br>1307 HATCHIE<br>BROWNSVILLE, TN 38012 | 8363612 | WACHOVIA MORTGAGE<br>1100 CORPORATE CENTER<br>DR., NC4717<br>RALEIGH, NC 27607 | $689.00<br>CHECK DATE<br>07/13/2010 |

TOTAL    (TRUSTEE CHECK ATTACHED)    $689.00

EXHIBIT 1 TO TRANSMITTAL OF UNCLAIMED FUNDS IN CHAPTER 13 CASES

| CASE NO. | DEBTOR NAME | CHECK NO. | PAYEE NAME | AMOUNT |
|---|---|---|---|---|
| 08-12079 | TONYA L. DUNLAP<br>553 PINEHURST DR. APT. 38<br>HENDERSON, TN 38340 | 8363555 | US DEPT OF EDUCATION<br>NATIONAL PAYMENT<br>CENTER<br>PO BOX 4169<br>GREENVILLE, TX 75403-4169 | $40.00<br><br>CHECK DATE<br>07/13/2010 |

TOTAL    (TRUSTEE CHECK ATTACHED)                                                $40.00

EXHIBIT 1 TO TRANSMITTAL OF UNCLAIMED FUNDS IN CHAPTER 13 CASES

| CASE NO. | DEBTOR NAME | CHECK NO. | PAYEE NAME | AMOUNT |
|---|---|---|---|---|
| 10-11026 | ROBERT F. BASSETT JR.<br>28 MERRITT AVE.<br>MILFORD, CT 06460 | 8371210 | METLIFE HOME LOANS, A DIVISION OF METLIFE BANK,NA SUCCESSOR SERVICING AGENT TO FIRST HORIZON LOANS<br>METLIFE HOME LOANS<br>4000 HORIZON WAY<br>IRVING, TX 75063 | $1,365.76<br>CHECK DATE 09/30/2010 |
| | TOTAL  (TRUSTEE CHECK ATTACHED) | | | $1,365.76 |